## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:17–cr–00293–BSM**

**Russell Robinson**                                                                          **Defendant**
**(Other Custody)**

___

## NOTICE OF HEARING

    PLEASE take notice that a SentencingWrit Issue Deadline has been set in this case for September 28, 2022, at 10:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** June 28, 2022                          AT THE DIRECTION OF THE COURT
                                                                                                 TAMMY H. DOWNS, CLERK

                                                                        **By:** Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas