8-11-24

TO: Judge Brian S. Miller
United States District Judge
Eastern District of Arkansas,

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 20 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Defendant: Russell Joe Robinson
Case # 4:17-CR-00293-BSM-50
USM# 32611-009

Your Honor,
    You sentenced me to 150 months, It states
that I was sentenced 204 months to run
concurrently with eachother with a 54 month
downward adjustment pursuant 5G1.3 for time
in custody, which totals 150 months, I have been
asked to get clarification from you on this matter.
I have tried contacting my lawyer for help with
this issue for around eight months. Can you
please help me with this issue? His name
is Robby Golden, I hope to hear back from you.
Thank you for your time.

                    Sincerely,

                    Russell Robinson