IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-50

RUSSELL ROBINSON                                                            DEFENDANT

## ORDER

Robert M. Golden has until September 4, 2024 to communicate with Russell Robinson and to file a brief supporting Robinson's motion to correct sentence.

IT IS SO ORDERED this 21th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE