**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **4:17-CR-00293-BSM-50** |
| | ) | |
| **RUSSELL ROBINSON** | ) | |

**STATUS REPORT**

On August 21, 2024, the court ordered undersigned counsel to communicate with Mr. Robinson by September 4, 2024. (Doc. 2872). I did not notice the ECF notification when this order was entered. On October 9, 2024, Ms. Bichlmeier reminded me of this order. Today, I have attempted to contact Oakdale FCI by telephone. The phone rang unanswered for 3.5 minutes before I disconnected the call. I have sent an email to the publicly available address requesting an appointment with Mr. Robinson's case manager. As of this filing, I have not received a response. Also, I contacted legal counsel for the South Central Region. There was no answer, but I was able to leave a voicemail requesting their assistance. As of filing, I have not received a response from the South Central Region office. The court's order also directed counsel to file a brief supporting Robinson's motion. As Robinson's letter to the court simply asks for clarification on his sentence, counsel is unable to glean what legal issues the brief should address.  Until contact is made with Mr. Robinson, counsel asks that the court stay its order directing that a brief be filed in this matter. I will continue to attempt contact with the facility until I am successful. Also, I will continue to update the court with my progress until this issue has been resolved.

Respectfully submitted,

Robby Golden, AR Bar No. 2003134

        3700 Cantrell Road, Suite 102
        Little Rock, Arkansas  72202
        (501) 372-8600
        (888) 830-6252  *facsimile*
        Attorney.robby.golden@gmail.com

        ATTORNEY FOR DEFENDANT