IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 4:17-CR-00293-BSM-50 |
| | ) | |
| RUSSELL ROBINSON | ) | |

**SECOND STATUS REPORT**

As of today's filing, neither FCI Oakdale nor legal counsel for the South Central Region have responded to my messages. However, today, the telephone at Oakdale FCI was answered by an operator. I requested to speak to Robinson's case manager, and I was advised that his case management team was not available today. I was forwarded to the team's voicemail. I left a voice message requesting a return call. As previously reported, I will continue to update the court with my progress until this issue has been resolved.

    Respectfully submitted,

    Robby Golden, AR Bar No. 2003134
    3700 Cantrell Road, Suite 102
    Little Rock, Arkansas  72202
    (501) 372-8600
    (888) 830-6252  *facsimile*
    Attorney.robby.golden@gmail.com

    ATTORNEY FOR DEFENDANT