# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 4:17-CR-00293-BSM-50 |
| | ) | |
| RUSSELL ROBINSON | ) | |

## THIRD STATUS REPORT

    After the second status report, Ms. Mazzanti with the U.S. Attorney's office contacted me and offered to assist with contacting the Bureau of Prisons. I gladly accepted her offer. Through her efforts, I was contacted by Mr. James McCollough at FCC Oakdale. Mr. McCollough was quickly able to schedule a phone call with Mr. Robinson. During my telephone call with Mr. Robinson, he told me that the issue with his time calculation has been resolved. He had some other questions about the amendments to the sentencing guidelines and about a hold he has from the Dover District Court. I answered his questions about the guideline amendments and contacted Dover District Court on his behalf. I provided him with the case numbers of his pending cases in Dover District Court and the names and addresses of the Judge and City Attorney. I do not believe any further action is necessary.

    Respectfully submitted,

    Robby Golden, AR Bar No. 2003134
    3700 Cantrell Road, Suite 102
    Little Rock, Arkansas  72202
    (501) 372-8600
    (888) 830-6252  *facsimile*
    Attorney.robby.golden@gmail.com

    ATTORNEY FOR DEFENDANT