# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                        CASE NO. 4:17-CR-00293-BSM-50

RUSSELL ROBINSON                                                  DEFENDANT

## ORDER

Based on representations made by counsel, Russell Robinson's motion to correct his sentence [Doc. No. 2871] is denied as moot.

IT IS SO ORDERED this 28th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE